**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

    HOWARD L. HENDERSON,

                                   Debtor.
-----------------------------------------------------------------x

Chapter 13

Case No.: 1-08-48268-jmm

## ORDER REOPENING DEBTOR'S CHAPTER 13 CASE

Upon ~~the Debtor's~~ **Howard L. Henderson's (the "<u>Debtor</u>") (JMM)** motion **[ECF No. 23] (JMM)** (the "<u>Motion</u>") to reopen the Debtor's Chapter 13 case to permit the Debtor to prosecute his motion seeking damages for violation of the bankruptcy stay **[ECF No. 24] (JMM)** (the "<u>Stay Violation Motion</u>"); and there being due and sufficient notice of the Motion; and over the opposition of Deutsche Bank National Trust Company As Trustee For Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R9, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the March 6, 2009 Order dismissing this Chapter 13 case **[ECF No. 16] (JMM)** is vacated solely to the extent that this Chapter 13 **case (JMM)** is reopened to permit the Debtor to prosecute, and this Court to adjudicate, the Stay Violation Motion; and it is further

**ORDERED** that this Court may retain jurisdiction over any dispute arising from or in connection with this Order.



**Dated: Brooklyn, New York**
       **March 4, 2022**

                                                       **Jil Mazer-Marino**
                                        **United States Bankruptcy Judge**